UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MALIFRANDO, | No. 2:16-cv-0223 TLN GGH PS |
| Plaintiff, | |
| v. | ORDER |
| REAL TIME RESOLUTIONS, INC, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 14, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. ECF No. 17. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 14, 2016, are adopted in full; and

////

////

1

2. Plaintiff's Fair Trade Commission Act claim is dismissed without leave to amend.

Dated: August 15, 2016

                                                Troy L. Nunley
                                                United States District Judge