UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MALIFRANDO, | No.  2:16-cv-00223-TLN-GGH |
| Plaintiff, | |
| v. | ORDER |
| REAL TIME RESOLUTIONS, INC., et al., | |
| Defendants. | |

Plaintiff is proceeding in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 29, 2016, the Magistrate Judge filed findings and recommendations which were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  (ECF No. 33.)  Defendant Real Time Resolutions, Inc. has filed objections to the findings and recommendations.  (ECF No. 34.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed November 29, 2016, (ECF No. 33) are adopted in full;

1

1      2.  Defendant Real Time Resolution Inc.'s motion to dismiss the first amended complaint,

2  filed September 6, 2016, (ECF No. 20) is granted in part and denied in part;

3      3.  The fraud and misrepresentation claims are dismissed;

4      4.  Within thirty days of this order, Defendant Real Time is directed to file an answer to

5  the RESPA claim as narrowly defined in the finding and recommendations; and

6      5.  Defendant Long Beach Mortgage Company is dismissed.

9  Dated: March 23, 2017

Troy L. Nunley
United States District Judge